McCONNELL, Respondent, v. BABCOCK, Sheriff, et al, Appellants.

(219 N. W. 953.)

(File No. 5631. Opinion filed June 23, 1928.)

*James Kirk, Jr.,* of Avon, for Appellant.
*M. L. Parish,* of Murdo, for Respondent.

BURCH, P. J. This case is now before us on rehearing. The opinion in the case as originally written, is reported in 49 S. D. 616, 208 N. W. 160. No new argument was presented on the rehearing and we are satisfied with the disposition of the case in the first instance, and adhere to our former opinion.

POLLEY, SHERWOOD, and BROWN, JJ., concur.
CAMPBELL, J., concurs in the result.